KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARA J. RUSSELL, State Bar No. 84704
Supervising Deputy Attorney General
STEPHEN M. LERNER, State Bar No. 176688
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-5442
 Fax: (916) 327-2319
 E-mail: Stephen.Lerner@doj.ca.gov

*Attorneys for*
*Department of Forestry and Fire Protection*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION,**<br><br>Plaintiff,<br><br>**v.**<br><br>**MWE SERVICES, INC. dba MIDWEST DEMOLITION COMPANY, et al,**<br><br>Defendants. | 2:12CV02348-JAM-CDK<br><br>**ORDER OF REMAND**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:<br>Trial Date:<br>Action Filed: |

The Court orders the above-entitled action remanded to the Yuba County Superior Court and instructs the clerk of the court to mail a certified copy of this order to the clerk of the Yuba County Superior Court.

/ / /

/ / /

/ / /

/ / /

/ / /

1   The Court also orders Mr. Martin to withdraw his motion to dismiss without prejudice to re-
2   filing it after remand and vacates the motion hearing date currently set for November 7, 2012 at
3   9:30 a.m.
4   IT IS SO ORDERED.
5   Dated:   10/3/2012                                      /s/ John A. Mendez
                                                            Judge, United States District Court
6
7
8
    SA2012106337
9   31536343.doc