1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | SARA J. RUSSELL, State Bar No. 84704
Supervising Deputy Attorney General
3 | STEPHEN M. LERNER, State Bar No. 176688
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA 94244-2550
 Telephone:  (916) 445-5442
6 |  Fax:  (916) 327-2319
 E-mail:  Stephen.Lerner@doj.ca.gov

*Attorneys for*
*Department of Forestry and Fire Protection*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION,**<br><br>Plaintiff,<br><br>**v.**<br><br>**MWE SERVICES, INC. dba MIDWEST DEMOLITION COMPANY,  et al,**<br><br>Defendants. | 2:12CV02348-JAM-CDK<br><br>**ORDER OF REMAND**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:<br>Trial Date:<br>Action Filed: |

The Court orders the above-entitled action remanded to the Yuba County Superior Court and instructs the clerk of the court to mail a certified copy of this order to the clerk of the Yuba County Superior Court.

/ / /

/ / /

/ / /

/ / /

/ / /

1

[Proposed] Order of Remand (2:12 cv-02348-JAM-CDK)

The Court also orders Mr. Martin to withdraw his motion to dismiss without prejudice to re-filing it after remand and vacates the motion hearing date currently set for November 7, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   10/3/2012                                             /s/ John A. Mendez
                                                               Judge, United States District Court

SA2012106337
31536343.doc